IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


HICA EDUCATION LOAN
CORPORATION,

       Plaintiff,

v.                                   CASE NO.: 4:11-cv72-SPM/WCS

HARLIEN JOHNSON

       Defendant.

_____/


## ORDER OF DISMISSAL WITHOUT PREJUDICE

     This case has been dismissed without prejudice pursuant to Plaintiff's

Notice of Dismissal Without Prejudice (doc. 7) and Federal Rule of Civil

Procedure 41(a)(1)(A)(i).  Accordingly, the clerk shall close this case.

     SO ORDERED this 27th day of May, 2011 .


                                   *s/ Stephan P. Mickle*
                                   Stephan P. Mickle
                                   Chief United States District Judge